**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOHN DOE ) | |
| ) | |
| Plaintiff, ) | |
| ) Case No. 1:21-CV-00583 | |
| v. ) | |
| ) | |
| THE BOARD OF EDUCATION ) Honorable Judge Robert Dow | |
| OF THE CITY OF CHICAGO, ) | |
| A MUNICIPAL CORPORATION, ) | |
| ) | |
| Defendant. ) **Jury Trial Demanded.** | |
| ) | |

## MOTION TO FILE UNDER SEAL

NOW COMES, Plaintiff John Doe, by and through his attorneys, Thomas G. Gardiner and Hamza Jaka of Gardiner Koch Weisberg & Wrona and Michael Rachlis of Rachlis Duff & Peel, states as follows:

1. On February 1, 2022 Plaintiff filed his Complaint and accompanying Motion to proceed under pseudonym. ECF Nos. 1, 3.

2. Plaintiff's counsel inadvertently filed exhibits that had not been fully redacted.

3. Considering the sensitive nature of this case and the allegations raised therein involving students, Plaintiff respectfully requests that this Court seal the exhibits filed with the Complaint.

4. Plaintiff will file fully redacted versions of the exhibits at the time this motion is filed.

5. Although Defendants have not been served yet, Defendants are fully aware of the circumstances of this case and would not be disadvantaged by fully redacted exhibits.

Respectfully Submitted,

1

*/s/ Thomas G. Gardiner*
Thomas G. Gardiner
Attorneys for Plaintiff

Thomas G. Gardiner (Ill. Bar 6180243)
Hamza Jaka
Gardiner Koch Weisberg & Wrona
53 West Jackson Blvd., Suite 950
Chicago, Illinois 60604
P 312-362-0000
F 312-362-0440
tgardiner@gkwwlaw.com
hjaka@gkwwlaw.com


Michael Rachlis
RACHLIS DUFF & PEEL, LLC
542 South Dearborn, Suite 900
Chicago, Illinois 60605
P. 312-733-3950
F. 312-733-3952
mrachlis@rdaplaw.net