# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

John Doe

                                        Plaintiff,

v.                                                             Case No.: 1:22−cv−00583
                                                                                                Honorable Robert M.
                                                                                                Dow Jr.

Board of Education of The City of Chicago A Municipal Corporation

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 8, 2022:

       MINUTE entry before the Honorable Robert M. Dow, Jr: Motion hearing held telephonically. Plaintiff's motion to file under seal [4] is granted without objection. Plaintiff's motion to proceed under pseudonyms [7] is granted without objection. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.