UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

John Doe

                                                Plaintiff,

v.                                                                               Case No.: 1:22−cv−00583
Honorable Robert M. Dow Jr.

Board of Education of The City of Chicago A Municipal Corporation

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 23, 2022:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Motion hearing held telephonically. Joint motion for entry of protective order [28] is granted. Signed order to follow. For the reasons stated on the record, Plaintiff's motion for leave to file a first amended complaint [25] is granted. Plaintiff's amended complaint to be filed by 7/8/2022. Once all defendants have answered or otherwise plead, parties to file a joint status report on their discovery plan, within 14 days. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.