# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

John Doe

                                        Plaintiff,

v.                                               Case No.: 1:22−cv−00583

                                                 Honorable Matthew F.
                                                 Kennelly

Board of Education of The City of Chicago A
Municipal Corporation, et al.

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, September 14, 2024:

 MINUTE entry before the Honorable Matthew F. Kennelly: The motion for leave to file under seal [126] is granted. Plaintiffs' attorneys' motion to withdraw [125] is denied. The motion is supported only by a statement that counsel "are not longer willing to represent Plaintiff," which is not a sufficient grounds for withdrawal. All dates and deadlines set by the Court remain as−is. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.